## CARLSTADT NATIONAL BANK, RESPONDENT, v. BOROUGH OF WOOD RIDGE, APPELLANT.

Argued March 15, 1915--Decided June 14, 1915.

On appeal from the Supreme Court.

For the respondent, *Robert H. McCarter* (*Luce & Kipp* on the brief).

For the appellant, *George L. Record* (*John M. Bell* on the brief).

PER CURIAM.

The judgment is affirmed, for reasons stated in the opinion in *Carlstadt National Bank* v. *Borough of Little Ferry*, just decided (*ante p.* 546).

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, JJ. 14.

*For reversal*—None.